UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RICHARD S SCHMIDT,

    Plaintiff,

v.                                                               Case No. 09-C-643

KIMBERLY-CLARK CORPORATION, et al.,

    Defendant.

**ORDER ON PROPOSED REDACTIONS**

As requested by the parties, the court has reviewed the previously sealed records with the proposed redactions in the above matter and approves the proposed redactions, with one exception. On the last page of a collection of documents relating to the severance agreement with Santiago Sanchez, a handwritten social security number and date of birth appear. These should be redacted per Fed. R. Civ. P. 5.2(a). The document is located at tab 2 of the document provided for review, Attachment 81, Bates No. D0020990, a part of docket 73-82. In all other respects, the redactions appear appropriate. They relate to salary and settlement amounts.

The court finds good cause for the proposed redactions. Specifically, individual employees have a privacy interest in the amount of their salaries and maintaining the settlement amounts as confidential furthers the strong interest in settlement of disputed actions. Moreover, neither the public nor other employees have any interest in these matters. Accordingly, Kimberly Clark is directed to contact the clerk to make arrangements for efiling the redacted copies of the previously sealed documents.

SO ORDERED this   20th   day of May, 2013.

                                                               s/ William C. Griesbach
                                                               William C. Griesbach, Chief Judge
                                                               United States District Court